1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   ANSON OPPEGAARD,                          Case No. 19-cv-00346-KAW
8              Plaintiff,
                                              **ORDER TO SHOW CAUSE**
9        v.
10  NANCY A. BERRYHILL,
11             Defendant.
12

13         On January 23, 2019, the Court granted Plaintiff's application to proceed in forma

14  pauperis. (Dkt. No. 5.) The Court, however, explained that the complaint did not include all of

15  the information contained in the court's "Social Security Complaint for Judicial Review of

16  Decision by Commissioner," such as the last four digits of Plaintiff's social security number. The

17  Court therefore ordered Plaintiff to file the "Social Security Complaint for Judicial Review of

18  Decision by Commissioner" by February 6, 2019. (*Id.*)

19         As of the date of this order, Plaintiff has not filed the complaint as required by the Court.

20  Accordingly, the Court ORDERS Plaintiff to show cause, by March 8, 2019, why this case should

21  not be dismissed for failure to comply with court orders by: (1) filing a completed "Social Security

22  Complaint for Judicial Review of Decision by Commissioner," and (2) explaining why Plaintiff

23  failed to comply with the Court's order.

24         IT IS SO ORDERED.

25  Dated: February 27, 2019

26                                            _____
                                              KANDIS A. WESTMORE
27                                            United States Magistrate Judge

28