# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSON OPPEGAARD,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-00346-KAW<br><br>**ORDER TO SHOW CAUSE** |

On July 17, 2019, the parties stipulated to extend the time for Plaintiff to file his motion for summary judgment to September 8, 2019. (Dkt. No. 21.) As of the date of this order, Plaintiff has not filed his motion for summary judgment. Accordingly, Plaintiff is ordered to show cause, by **September 27, 2019**, why this case should not be dismissed for failure to prosecute by: (1) filing his motion for summary judgment, and (2) explaining why he did not timely file his motion. Failure to comply with this order may result in the case being dismissed.

IT IS SO ORDERED.

Dated: September 17, 2019

KANDIS A. WESTMORE
United States Magistrate Judge